AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>FISHER, RAYMOND C | 2. Court or Organization<br><br>U.S.CT.APPEALS (9TH CIRCUIT) | 3. Date of Report<br><br>06/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S.COURT OF APPEALS - 9TH CIR<br>125 S. GRAND AVE. #400<br>PASADENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF DIRECTORS | CONSTITUTIONAL RIGHTS FOUNDATION (NONPROFIT), LOS ANGELES, CA |
| 2. MEMBER, BOARD OF DIRECTORS | WESTERN JUSTICE CENTER FOUNDATION (NONPROFIT), PASADENA, CA |
| 3. MEMBER, BOARD OF DIRECTORS | ASSOCIATION OF BUSINESS TRIAL LAWYERS - LOS ANGELES (NONPROFIT), L.A., CA |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED JUN 14 9 36 AM '06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | LOS ANGELES UNIFIED SCHOOL DISTRICT - SALARY |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. STANFORD LAW SCHOOL | 4/11 - STANFORD, CA - TEACH LAW SCHOOL APPELLATE SEMINAR (TRANSPORTATION, MEAL) |
| 2. AMERICAN CONSTITUTION SOCIETY | 7/28-31 - WASHINGTON, DC - IMMIGRATION LAW PANEL MEMBER & ATTEND ANNUAL CONFERENCE (TRANSPORTATION, LODGING, MEALS) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/10/2006 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ML BANK RASP | A | Interest | K | T | R/O frm CNB | 1/1 | J | | |
| 2. US TREAS STRIPS 0% 5/15/05 | | None | | | REDEEMED | 5/16 | J | C | |
| 3. RFC STRIPS 0% 7/15/05 | | None | | | REDEEMED | 7/15 | J | C | |
| 4. CATS SERIES Q 0% 11/15/05 | | None | | | REDEEMED | 11/15 | K | A | |
| 5. RFC SSTRIPS 0% 7/15/06 | | None | J | T | | | | | |
| 6. US TREAS STRIPS 0% 8/15/06 | | None | K | T | | | | | |
| 7. CATS SERIES T 0% 11/15/06 | | None | K | T | | | | | |
| 8. RFC STRIPS 0% 7/15/07 | | None | J | T | | | | | |
| 9. RFC STRIPS 0% 10/15/07 | | None | K | T | | | | | |
| 10. COUPON TREAS RECT 0% 11/15/07 | | None | K | T | | | | | |
| 11. RFC STRIPS 0% 7/15/08 | | None | J | T | | | | | |
| 12. FNMA NOTE MULTI% 7/1/08 | A | Interest | J | T | | | | | |
| 13. RFC STRIPS 0% 10/15/08 | | None | K | T | | | | | |
| 14. COUPON TREAS RECT 0% 11/15/08 | | None | K | T | | | | | |
| 15. RFC STRIPS 0% 4/15/09 | | None | J | T | | | | | |
| 16. RFC STRIPS 0% 7/15/09 | | None | J | T | | | | | |
| 17. FNMA NOTE 4.25% 7/01/09 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing Instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FNMA BOND 6.625% 9/15/09 | A | Interest | J | T | | | | | |
| 19. FNMA BOND MULTI% 9/21/09 | B | Interest | K | T | BUY | 3/22 | K | | |
| 20. RFC STRIPS 0% 10/15/09 | | None | K | T | | | | | |
| 21. RFC STRIPS 0% 1/15/10 | | None | K | T | | | | | |
| 22. FINANCING CORP STRIPS 0% 2/8/10 | | None | J | T | | | | | |
| 23. FNMA NOTE 7/01/10 | A | Interest | K | T | | | | | |
| 24. US TREAS STRIPS 0% 11/15/10 #1 | | None | J | T | | | | | |
| 25. US TREAS STRIPS 0% 11/15/10 #2 | | None | K | T | | | | | |
| 26. FNMA NOTE MULTI% 3/30/11 | B | Interest | K | T | BUY | 3/24 | K | | |
| 27. RFC STRIPS 0% 4/15/11 | | None | J | T | | | | | |
| 28. RFC STRIPS 0% 7/15/11 | | None | J | T | | | | | |
| 29. US TREAS STRIPS 0% 11/15/11 #1 | | None | K | T | | | | | |
| 30. US TREAS STRIPS 0% 11/15/11 #2 | | None | K | T | | | | | |
| 31. RFC STRIPS 0% 4/15/12 | | None | J | T | | | | | |
| 32. FHLMC NOTE 5.125% 7/15/12 | A | Interest | K | T | BUY | 3/29 | K | | |
| 33. US TREAS STRIPS 0% 8/15/12 #1 | | None | K | T | | | | | |
| 34. US TREAS STRIPS 0% 8/15/12 #2 | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/10/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. FNMA NOTE MULTI% 1/28/13 | A | Interest | J | T | BUY | 7/21 | J | | |
| 36. US TREAS STRIPS 0% 8/15/13 #1 | | None | K | T | | | | | |
| 37. US TREAS STRIPS 0% 8/15/13 #2 | | None | K | T | | | | | |
| 38. RFC STRIPS 0% 10/15/13 | | None | K | T | | | | | |
| 39. FINANCING CORP STRIPS 0% 5/30/14 | | None | K | T | | | | | |
| 40. US TREAS STRIPS 0% 11/15/14 #1 | | None | K | T | | | | | |
| 41. US TREAS STRIPS 0% 11/15/14 #2 | | None | K | T | | | | | |
| 42. RFC STRIPS 0% 10/15/15 | | None | K | T | | | | | |
| 43. CD FIRST USA BANK, DE 7.1% 2/23/05 | A | Interest | | | REDEEMED | 2/23 | K | | |
| 44. CD WESTERN BANK, PR 2% 6/30/05 | A | Interest | | | REDEEMED | 6/30 | J | | |
| 45. CD WESTERN BANK, PR 2% 6/30/06 | A | Interest | K | T | | | | | |
| 46. CD WESTERN BANK, PR 2.55% 12/08/05 | A | Interest | | | REDEEMED | 12/8 | J | | |
| 47. CD ISRAEL DISCT BK, NY 4.0% 6/7/06 | A | Interest | J | T | BUY | 11/28 | J | | |
| 48. CD LEHMAN BROS BK, DE 3.55% | A | Interest | J | T | BUY | 3/21 | J | | |
| 49. CD BMW BK, UT 3.0% 12/8/06 | A | Interest | J | T | | | | | |
| 50. CD BMW BK, UT 4.25% 12/7/06 | A | Interest | J | T | BUY | 11/28 | J | | |
| 51. CD LEHMAN BK, DE [fmrly Household] 7.15% 2/23/07 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CD BANCO POPULAR NA, NY 4.3% 6/7/07 | A | Interest | J | T | BUY | 11/29 | J | | |
| 53. CD INDEPENDENT BK, MI 3.8% 7/2/07 | A | Interest | J | T | BUY | 3/21 | J | | |
| 54. CD FLAGSTAR BK, MI 3/4% 12/10/07 | A | Interest | J | T | | | | | |
| 55. CD FIDELITY BK, GA 4.4% 12/14/07 | A | Interest | J | T | BUY | 11/28 | J | | |
| 56. CD LEHMAN BK, DE 4.05% 3/31/08 | A | Interest | J | T | BUY | 3/21 | J | | |
| 57. CD BMW BANK, UT 3.55% 12/8/08 | A | Interest | J | T | BUY | 6/27 | J | | |
| 58. CD HILLCREST BK, KS 4.15% 6/29/12 | A | Interest | J | | | | | | |
| 59. ALLIANCE BERNSTEIN G&I FUND | A | Dividend | | | SELL | 6/21 | L | C | |
| 60. AMERICAN WASHINGTON MUTUAL INVESTORS FD | A | Dividend | | | PARTIAL SALE | 3/29+ | K | B | |
| 61. AMERICAN WASHINGTON MUTUAL INVESTORS FD | A | Dividend | | | SELL | 11/28 | K | B | |
| 62. AMERICAN GROWTH FUND | A | Dividend | L | T | | | | | |
| 63. COLUMBIA MARSICO GROWTH FD | | None | K | T | BUY | 11/29 | K | | |
| 64. DAVIS NY VENTURE FD | A | Dividend | L | T | | | | | |
| 65. DELAWARE SMALL CAP VALUE FD | D | Dividend | L | T | BUY ADDL SH | 5/31 | K | | |
| 66. FIDELITY ADV DIVERSIFIED INTL FD | A | Dividend | J | T | | | | | |
| 67. FIDELITY ADV LEVERAGED FD | A | Dividend | K | T | BUY | 11/29 | K | | |
| 68. GOLDMAN SACHS LARGE CAP VALUE FD | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HOTCHKIS & WILEY LG CAP VALUE FD | B | Dividend | L | T | | | | | |
| 70. JOHN HANCOCK US GLOBAL LEADERS GROWTH FUND | A | Dividend | L | T | | | | | |
| 71. JOHN HANCOCK CLASSIC VALUE FD | A | Dividend | K | T | | | | | |
| 72. JP MORGAN VALUE FD | A | Dividend | L | T | BUY | 6/21 | L | | |
| 73. MASS INVESTORS GROWTH STOCK FD | | None | | | SELL | 5/27 | L | D | |
| 74. ML BASIC VALUE FD | A | Dividend | | | SELL | 11/28 | L | | |
| 75. ML GLOBAL SMALL CAP FD | | None | | | SELL | 3/23 | K | D | |
| 76. ML LARGE CAP GROWTH FD | | None | L | T | | | | | |
| 77. ML S&P INDEX FD | A | Dividend | L | T | | | | | |
| 78. MUNDER SMALL CAP VALUE FD | A | Dividend | L | T | BUY | 3/23+ | K | | |
| 79. MUNDER SMALL CAP VALUE FD | A | Dividend | | | BUY | 3/31 | K | | |
| 80. OPPENHEIMER SMALL & MID CAP VALUE FD | A | Dividend | K | T | BUY | 11/29 | K | | |
| 81. TEMPLETON WORLD FD | B | Dividend | L | T | | | | | |
| 82. JANUS MIDCAP VALUE FUND (C.SCHWAB) | A | Dividend | J | T | PARTIAL SALE | 11/22 | J | C | |
| 83. C.SCHWAB MUNI FUND | A | Interest | J | T | | | | | |
| 84. CITIFUNDS US TREAS RESERVES | A | Interest | | | SELL | 6/30 | J | | |
| 85. COACHMAN COMMON STOCK | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CITY NATIONAL BANK IRA # 1 | | None | | | R/O to ML | 1/1 | J | | |
| 87. CITY NATIONAL BANK IRA #2 | A | Interest | J | T | | | | | |
| 88. BEST AMERICAN FUND ANNUITY - IRA (FID.VIP EQUITY) | | None | L | T | | | | | |
| 89. TSA ANNUITIES - JACKSON NATIONAL LIFE | B | Interest | L | T | | | | | |
| 90. CALIF. STATE TEACHERS RETIREMENT SYSTEM | A | Interest | K | T | | | | | |
| 91. LIMITED PARTNERSHIPS: | | | | | | | | | |
| 92. MERNAN 145 INVESTMENT PROPERTY #1 L.A., CA (RESTAURANT) | B | Distribution | J | U | | | | | |
| 93. VENWEST DEVELOPMENT LP1 | A | Distribution | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. 1, 85 -- IRA ROLLED OVER FROM CNB TO ML BANK RASP (IRA CASH FUND)
VII. 73 -- ML BASIC VALUE FUND SOLD AT LOSS (NO GAIN)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date_____ 6/10/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544